UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN MARCHISOTTO,

                Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

                Defendants.

**JUDGMENT**

05 Civ. 2699 (RLE)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07
```

**RONALD L. ELLIS, United States Magistrate Judge:**

A jury having returned a verdict in favor of plaintiff John Marchisotto on January 25, 2007, awarding $300,000 in compensatory damages for retaliation.

**IT IS HEREBY ORDERED THAT** judgment be entered for John Marchisotto, and against the City of New York, in the amount of $300,000.

**SO ORDERED this 11th day of April 2007**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge